1
2
3
4
5              **UNITED STATES DISTRICT COURT**
6                     **DISTRICT OF NEVADA**
7                              ***
8   JONATHAN W. MUNDO,                    )
                                          )   Case No. 2:13-cv-00612-JCM-NJK
9                       Plaintiff,        )
                                          )
10  vs.                                   )
                                          )   __REPORT & RECOMMENDATION__
11  STEVEN GRIFFIN and MICHAEL CONDRATOVICH,  )
                                          )
12                      Defendants.       )
                                          )
13  _____   )

14          Plaintiff Jonathan W. Mundo is proceeding in this action *pro se*.  Plaintiff filed a Complaint

15  (Dkt. #1-1) on April 9, 2013.  Because the court granted Plaintiff's request to proceed *in forma pauperis,*

16  the court screened the pursuant to 28 U.S.C. § 1915(e).  On June 5, 2013, the undersigned found that

17  Plaintiff's Complaint failed to state a claim and allowed Plaintiff thirty days to file an amended complaint.

18  Plaintiff has neither filed an amended complaint nor requested an extension of time nor taken any other

19  action to prosecute this case.[1]  Plaintiff was warned that failure to comply with the screening order would

20  result in a recommendation to the District Judge that this case be dismissed.

21          Accordingly,

22          **IT IS THE RECOMMENDATION** of the undersigned United States Magistrate Judge that the

23  complaint be **DISMISSED**.

24          **IT IS FURTHER RECOMMENDED** that the Clerk of the Court enter judgment accordingly.

25  . . . .

26

27  _____
          [1]The court also ordered Plaintiff to pay an initial installment fee in the amount of $50 toward the
28  full filing fee of three hundred fifty dollars within 30 days of the court's June 5, 2013 Order, and warned
    the Plaintiff that failure to do so may result in dismissal of this action.  Dkt. #5.  In addition to his failure
    to file an amended complaint, Plaintiff has not paid this initial $50 installment fee.

**NOTICE**

Pursuant to Local Rule IB 3-2 **any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days of service of this document.** The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

IT IS SO ORDERED.

Dated this 15th day of July, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE